# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| BOARD of TRUSTEES of the GLASSWORKERS and INDUSTRY HEALTH & SECURITY TRUST, et al., <br><br> Plaintiff, <br><br> vs. <br><br> R & D GLASS and ALUMINUM COMPANY, <br><br> Defendant. | **MS06-84 MJB** <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

The Debtor Examination in the above entitled matter will be heard on July 18, 2006 at 10:00am in Courtroom 12 B.

Dated this 27th day of June , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**